# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | CASE NO. 1:06-CV-0412-OWW-DLB-P |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO EITHER PAY $350.00 FILING FEE IN FULL OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| CCI LAW LIBRARY, et al., | **FILING FEE OR APPLICATION DUE MARCH 15, 2007** |
| Defendants. | |

Plaintiff Willie Weaver ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on April 10, 2006, but neither paid the $350.00 filing fee in full nor filed an application to proceed in forma pauperis.

On or before March 15, 2007, plaintiff shall either pay the $350.00 filing fee in full or file an application to proceed in forma pauperis which includes a certified copy of his trust account statement for the six month period preceding the filing of the complaint.  The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:   February 14, 2007**          **/s/ Dennis L. Beck**
3c0hj8                                   UNITED STATES MAGISTRATE JUDGE

1