UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA CORRECTIONAL<br>INSTITUTION LAW LIBRARY,<br><br>    Defendants. | 1:06-CV-0412 OWW DLB PC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #5) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 28, 2007, plaintiff filed a motion to extend time to file his application to proceed in forma pauperis. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **May 7, 2007**        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE