UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, ) | 1:06-cv-412 OWW DLB P |
| Plaintiff, ) | ORDER DENYING MOTION TO VACATE JUDGMENT |
| v. ) | |
| CALIFORNIA CORRECTIONAL INSTITUTION, ) | |
| Defendant. ) | |

   Plaintiff in this case has been declared a vexatious litigant, having filed over 142 separate actions in this Court.
   On August 8, 2007, an order was entered dismissing this case without prejudice for Plaintiff's failure to exhaust.
   On August 27, 2007, Plaintiff filed a motion to vacate judgment pursuant to Rule 59(e).  The motion to vacate is meritless and is DENIED.
SO ORDERED.

IT IS SO ORDERED.

Dated:   March 17, 2008                     /s/ Oliver W. Wanger

1

UNITED STATES DISTRICT JUDGE